UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

**MAX JOSEPH,**
and other similarly situated individuals,

**15-CV-22855-Williams/Simonton**

      Plaintiff(s),

v.

**POTEMKIN RESTAURANT, L.L.C.,**
**d/b/a IKRA RESTAURANT,**
a Florida Limited Liability Company,
**ROMAN GUREVICH,** individually,
**VALERII MATSIICHUK,** individually,
**IKRA HOSPITALITY GROUP, LLC,**
a Florida Limited Liability Company,
**ALEXANDER LOTOVSKY,** individually,
and **DANIEL ESTRIN,** individually,

      Defendants.
_____/

## SUMMONS IN A CIVIL CASE

Roman Gurevich
17875 Collins Avenue, Ste. 2101
Sunny Isles Beach, Florida 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**    July 31, 2015

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

15-CV-22855-Williams/Simonton

**MAX JOSEPH,**
and other similarly situated individuals,

    Plaintiff(s),

v.

**POTEMKIN RESTAURANT, L.L.C.,**
d/b/a **IKRA RESTAURANT,**
a Florida Limited Liability Company,
**ROMAN GUREVICH,** individually,
**VALERII MATSIICHUK,** individually,
**IKRA HOSPITALITY GROUP, LLC,**
a Florida Limited Liability Company,
**ALEXANDER LOTOVSKY,** individually,
and **DANIEL ESTRIN,** individually,

    Defendants.
_____/

## SUMMONS IN A CIVIL CASE

VALERII MATSIICHUK
230 174th Street, Unit 1418
Sunny Isles Beach, Florida 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**    July 31, 2015

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

15-CV-22855-Williams/Simonton

**MAX JOSEPH,**
and other similarly situated individuals,

    Plaintiff(s),

v.

**POTEMKIN RESTAURANT, L.L.C.,**
d/b/a **IKRA RESTAURANT,**
a Florida Limited Liability Company,
**ROMAN GUREVICH,** individually,
**VALERII MATSIICHUK,** individually,
**IKRA HOSPITALITY GROUP, LLC,**
a Florida Limited Liability Company,
**ALEXANDER LOTOVSKY,** individually,
and **DANIEL ESTRIN,** individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

**POTEMKIN RESTAURANT, L.L.C.,**
d/b/a **IKRA RESTAURANT**
Registered agent: IKRA Hospitality Group, LLC
16850 Collins Avenue, Unit 106A
Sunny Isles Beach, Florida 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

July 31, 2015

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

**MAX JOSEPH,**
and other similarly situated individuals,

15-CV-22855-Williams/Simonton

    Plaintiff(s),

v.

**POTEMKIN RESTAURANT, L.L.C.,**
d/b/a **IKRA RESTAURANT,**
a Florida Limited Liability Company,
**ROMAN GUREVICH,** individually,
**VALERII MATSIICHUK,** individually,
**IKRA HOSPITALITY GROUP, LLC,**
a Florida Limited Liability Company,
**ALEXANDER LOTOVSKY,** individually,
and **DANIEL ESTRIN,** individually,

    Defendants.
_____/

### SUMMONS IN A CIVIL CASE

DANIEL ESTRIN
128 Brighton 11th Street, Ste. 2
Brooklyn, New York 11235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

July 31, 2015

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

MAX JOSEPH,
and other similarly situated individuals,

15-CV-22855-Williams/Simonton

    Plaintiff(s),

v.

POTEMKIN RESTAURANT, L.L.C.,
d/b/a IKRA RESTAURANT,
a Florida Limited Liability Company,
**ROMAN GUREVICH**, individually,
**VALERII MATSIICHUK**, individually,
**IKRA HOSPITALITY GROUP, LLC**,
a Florida Limited Liability Company,
**ALEXANDER LOTOVSKY**, individually,
and **DANIEL ESTRIN**, individually,

    Defendants.
_____/

**SUMMONS IN A CIVIL CASE**

ALEXANDER LOTOVSKY
1400 Ave Z -- Ste. 302
Brooklyn, New York 11235

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

ANTHONY M. GEORGES-PIERRE, ESQ.
REMER & GEORGES-PIERRE, PLLC.
44 WEST FLAGLER STREET. STE. 2200
MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

July 31, 2015

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: _____

15-CV-22855-Williams/Simonton

**MAX JOSEPH,**
and other similarly situated individuals,

      Plaintiff(s),

v.

**POTEMKIN RESTAURANT, L.L.C.,**
d/b/a **IKRA RESTAURANT,**
a Florida Limited Liability Company,
**ROMAN GUREVICH,** individually,
**VALERII MATSIICHUK,** individually,
**IKRA HOSPITALITY GROUP, LLC,**
a Florida Limited Liability Company,
**ALEXANDER LOTOVSKY,** individually,
and **DANIEL ESTRIN,** individually,

      Defendants.
_____/

## SUMMONS IN A CIVIL CASE

**IKRA HOSPITALITY GROUP, LLC**
Registered agent: Alexander Lotovsky
16850 Collins Ave, # 106
Sunny Isles Beach, Florida 33160

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY

      ANTHONY M. GEORGES-PIERRE, ESQ.
      REMER & GEORGES-PIERRE, PLLC.
      44 WEST FLAGLER STREET. STE. 2200
      MIAMI, FL 33130

an answer to the complaint which is herewith served upon you, within **21 days** after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



**SUMMONS**

**July 31, 2015**

Steven M. Larimore
Clerk of Court

s/ Bonnie Bernard
Deputy Clerk
U.S. District Courts